GREENBAUM, ROWE, SMITH & DAVIS LLP
Metro Corporate Campus One
99 Wood Avenue South
Iselin, New Jersey 08830
(732) 549-5600
Attorneys for Defendant Breathless, Inc.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ALISSA MOON and YASMEEN DAVIS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BREATHLESS, INC. a/k/a VISION FOOD & SPIRITS d/b/a BREATHLESS MEN'S CLUB,<br><br>Defendant. | Civil Action No. 2:15-cv-06297-SDW-SCM<br><br>**APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE , OR OTHERWISE REPLY PURSUANT TO LOCAL CIVIL RULE 6.1(b)** |

TO:   THE CLERK OF THE UNITED STATES DISTRICT COURT
      FOR THE DISTRICT OF NEW JERSEY

WHEREAS, on or about August 20, 2015, Defendant Breathless, Inc. ("Defendant") was served with Plaintiffs' Complaint; and

WHEREAS, pursuant to Federal Rule of Civil Procedure 12, a defendant shall answer or present other defenses or objections within 21 days of service of the summons and complaint, here by September 10, 2015; and

WHEREAS, Local Civil Rule 6.1(b) provides that the time within which to answer or reply may be extended for a period of fourteen (14) days; and

WHEREAS, no prior extension has been requested or obtained by this Defendant;

IT IS RESPECTFULLY REQUESTED, by the undersigned, attorneys for Defendant, that the Clerk grant an extension of time pursuant to Local Civil Rule 6.1(b) for this Defendant to file an answer or present other defenses or objections to the Complaint pursuant to which the answer, defenses or objections shall be due by September 24, 2015.

                Respectfully submitted,

                GREENBAUM, ROWE, SMITH & DAVIS LLP
                Attorneys for Defendant Breathless, Inc.

                By: /s/ Marc J. Gross
                    MARC J. GROSS

Dated: September 10, 2015

## ORDER

The above application is ORDERED GRANTED extended to September 24, 2015.

WILLIAM T. WALSH, Clerk

By: _____
               Deputy Clerk

ORDER DATED: _____