# SACKS WESTON DIAMOND, LLC
### Attorneys & Counselors at Law
1845 Walnut Street, Suite 1600
Philadelphia, PA 19103
P. (215) 925-8200 - F. (267) 639-5422
www.SacksWestonDiamond.com

**Andrew B. Sacks**◊
**John K. Weston**◊
**Scott E. Diamond**†∆
**Jeremy E. Abay**†
**D. Alexander Latanision**†

◊ Admitted to PA Bar
† Admitted to PA & NJ Bars

*E-Filed Via CM/ECF*

December 9, 2015

The Honorable Leda Dunn Wettre
United States Magistrate
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

   **Re:** **Moon, et al. v. Breathless, Inc.**
      **Civil Action No. 2:15-cv-6297 (SDW/LDW)**

Dear Judge Wettre,

  Pursuant to today's Letter Order, I am advising the Court that Plaintiffs' Motion for Compensatory Damages, Punitive Damages, Attorney's Fees and Costs (Docket Entry #3) is pending. This motion was adjourned via stipulation and consent order on September 8, 2015 (Docket Entry #7). The motion date was then reset for October 5, 2015.

  Please let me know if you require additional information.

          Respectfully,

          s/ Jeremy E. Abay
          JEREMY E. ABAY


JEA/jea

cc: Marc J. Gross, Esq. (Via First Class Mail and E-Filing)
   Justin P. Kolbenschlag (Via First Class Mail and E-Filing)